UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANNA SIMMONS,

       Plaintiff,

            v.                         CASE NO.: 3:18-cv-00609-TJC-JBT

AMSHER COLLECTION SERVICES, INC.,

       Defendant.

_____/

**JOINT STIPULATION FOR FINAL ORDER OF DISMISSAL WITH PREJUDICE**

      Plaintiff, Anna Simmons, and Defendant, AmSher Collection Services, Inc., do hereby stipulate to the dismissal with prejudice of the Defendant. Each party is to bear their own fees and costs.

Date: February 12, 2019

| | |
|---|---|
| */s/ Amanda J. Allen* | */s/ Michael P. Schuette* |
| Amanda J. Allen, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 98228 | Florida Bar No. 0106181 |
| THE CONSUMER PROTECTION FIRM | Dayle M. Van Hoose, Esq. |
| 4030 Henderson Blvd. | Florida Bar No. 0016277 |
| Tampa, FL 33629 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| Tele: (813) 500-1500 | 3350 Buschwood Park Drive, Suite 195 |
| Fax: (813) 435-2369 | Tampa, Florida 33618 |
| Amanda@TheConsumerProtectionFirm.com | Telephone: (813) 890-2472 |
| Shenia@TheConsumerProtectionFirm.com | Facsimile: (877) 334-0661 |
| *Attorney for Plaintiff* | mschuette@sessions.legal |
| | dvanhoose@sessions.legal |
| | *Attorneys for Defendant,* |
| | *AmSher Collection Services, Inc.* |