# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

ANNA SIMMONS,

    Plaintiff,

v.                                      Case No.   3:18-cv-609-J-32JBT

AMSHER COLLECTION
SERVICES, INC.,

    Defendant.

_____

## **O R D E R**

Upon review of Joint Stipulation for Final Order of Dismissal With Prejudice (Doc. 16), filed on February 12, 2019, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of February, 2019.

                                                        TIMOTHY J. CORRIGAN
                                                        United States District Judge

sej
Copies:

2

Counsel of record

2